UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

STEVEN LUTTRELL,

     Plaintiff,

     v.

     Civil Action No._____
     Prince William Circuit Court Case
     No. CL18-3711

JORGE L. PUENTES,
HEARTLAND EXPRESS, INC. OF IOWA,
HEARTLAND EXPRESS MAINTENANCE SERVICES, INC.,
and
HEARTLAND EXPRESS SERVICES, INC.,

     Defendants.

## NOTICE OF REMOVAL

Jorge L. Puentes ("Puentes"), Heartland Express, Inc. of Iowa, (improperly named)

Heartland Express Maintenance Services, Inc., and (improperly named) Heartland Express

Services, Inc. (collectively the latter three defendants shall be referred to as "Heartland

Defendants") (collectively Puentes and the Heartland Defendants shall be referred to as "the

Defendants"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of

Removal on the following grounds:

1.     Plaintiff commenced this civil action by filing a Complaint in the Circuit Court of

the County of Prince William, Virginia on or about April 16, 2018.  This is a personal injury

action in which the plaintiff claims to have been injured as a result of the Defendants'

negligence.

2.     A copy of the Complaint was served on Heartland Express Inc. of Iowa on April

16, 2019 via the Secretary of the Commonwealth.  A copy of the Summons and Complaint is

attached as Exhibit A.

3.    The Complaint, along with an Answer on behalf of Defendants and a Demurrer on behalf of the Heartland Defendants are the only pleadings that have been filed to date by the parties.  A copy of the Answer and Demurrer are attached as Exhibits B and C, respectively.

4.    There have been no further proceedings in this action.

5.    The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.00.

6.    Upon information and belief, Plaintiff is a citizen of Virginia.

7.    The Heartland Express, Inc. of Iowa is, and was at the time this action was filed, an Iowa corporation with its principal place of business in North Liberty, Iowa. Heartland Express, Inc. of Iowa was not, and is not now, a citizen of the Commonwealth of Virginia.

8.    The Heartland Express Maintenance Services, Inc. is, and was at the time this action was filed, a Nevada corporation with its principal place of business in North Liberty, Iowa. Heartland Express Maintenance Services, Inc. was not, and is not now, a citizen of the Commonwealth of Virginia.

9.    The Heartland Express Services, Inc. is, and was at the time this action was filed, a Nevada corporation with its principal place of business in North Liberty, Iowa. Heartland Express Services, Inc. was not, and is not now, a citizen of the Commonwealth of Virginia

10.    Puentes is, and was at the time this action was filed, a citizen of the State of Florida.  Puentes was not, and is not now, a citizen of the Commonwealth of Virginia.

11.    This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

12.    This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

13.     Defendants desire to remove this action to this Court.

14.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by the Defendants of plaintiff's Complaint or Summons through service.

15.     Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Eastern District of Virginia, Alexandria Division, because it is in the district and division embracing the place where the state court action is pending.

16.     Promptly after the filing of this Notice of Removal, Defendants will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with the Circuit Court for the County of Prince William, as required by 28 U.S.C. § 1446(d).

17.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the state court action have been attached hereto.

18.     Defendants demand a trial by jury, and a Notice of Demand of Trial by Jury is attached hereto as Exhibit D.

WHEREFORE, Jorge L. Puentes, Heartland Express Inc. of Iowa, Heartland Express Maintenance Services, Inc., and Heartland Express Services, Inc., by counsel, respectfully request that this action be removed from the Circuit Court of the County of Prince William, Virginia, to this Court.

JORGE L. PUENTES,
HEARTLAND EXPRESS, INC. OF IOWA,
HEARTLAND EXPRESS MAINTENANCE
SERVICES, INC., AND
HEARTLAND EXPRESS SERVICES, INC.


By: __/s/ D. Cameron Beck, Jr._____
                    Counsel

D. Cameron Beck, Jr. Esquire (VSB# 39195)
Brittany B. Falabella, Esquire (VSB # 80131)
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Tel. #: (804) 775-3100
Fax # : (804) 775-3800
cbeck@lawmh.com
bfalabella@lawmh.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing Notice of Removal was

sent via electronic mail and U.S. mail this 7th day of May 2019 to:

John R. Turbitt, Esq. (VSB#25277)
Turbitt, Leach & Crum, PLLC
8996 Burke Lake Rd., Suite 304
Burke, VA 22015
703.323.7000 Telephone
703.323.7224 Facsimile
JohnTurbitt@TLC.law
*Attorney for Plaintiff*

And I hereby certify that on this 7th day of May, 2019, I caused a true copy of the
foregoing to be sent via U.S. mail to:

Hon. Jacqueline C. Smith, Clerk
Prince William Circuit Court
9311 Lee Avenue
Manassas, VA 20110

__/s/ D. Cameron Beck, Jr._____