**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

STEVEN LUTTRELL,

    Plaintiff,

    v.                       Civil Action No.: 1:19-cv-555 (LMB/IDD)

JORGE L. PUENTES,
HEARTLAND EXPRESS, INC. OF IOWA,
HEARTLAND EXPRESS MAINTENANCE SERVICES, INC.,
and
HEARTLAND EXPRESS SERVICES, INC.,

    Defendants.

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of Plaintiffs' claims against Defendants asserted in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses of litigation.

The Court shall retain jurisdiction for the purpose of enforcing settlement, if necessary.

By: /s/ D. Cameron Beck, Jr., Esquire
D. Cameron Beck, Jr. (VSB#39195)
Brittany B. Falabella (VSB#80131)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 – Telephone
(804) 775-3800 – Facsimile
cbeck@lawmh.com
bfalabella@lawmh.com
*Counsel for Defendants*

By: /s/ Kevin M. Leach, Esquire
John R. Turbitt, Esquire
Kevin M. Leach, Esquire
Turbitt, Leach & Crum, PLLC
8996 Burke Lake Road, Suire 304
Burke, Virginia 22015
(703) 323-7000 Telephone
(703) 323-7224 Facsimile
JohnTurbitt@TLC.law
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

John R. Turbitt, Esquire
Kevin M. Leach, Esquire
Turbitt, Leach & Crum, PLLC
8996 Burke Lake Road, Suire 304
Burke, Virginia 22015
(703) 323-7000 Telephone
(703) 323-7224 Facsimile
JohnTurbitt@TLC.law
*Counsel for Plaintiff*

                                            By: /s/ D. Cameron Beck, Jr., Esquire
                                            D. Cameron Beck, Jr. (VSB#39195)
                                            Brittany B. Falabella (VSB#80131)
                                            McCandlish Holton, P.C.
                                            1111 East Main Street, Suite 2100
                                            P.O. Box 796
                                            Richmond, Virginia 23218
                                            (804) 775-3100 – Telephone
                                            (804) 775-3800 – Facsimile
                                            cbeck@lawmh.com
                                            bfalabella@lawmh.com
                                            *Counsel for Defendants*